**T. H. CALLAHAM, Appellant,**

v.

**Mayme Colleen CALLAHAM, Appellee.**

**No. 16280.**

Court of Civil Appeals of Texas.

Fort Worth.

Jan. 12, 1962.

**40**

Brantley Pringle, Fort Worth, for appellant in lower court.

McGown, Godfrey, Logan & Decker, Fort Worth, for appellee in lower court.

RENFRO, Justice.

This is an appeal by T. H. Callaham from a judgment rendered against him in a district court of Tarrant County.

Appellant did not file a brief.

The appeal is dismissed for want of prosecution. Rule 415, Texas Rules of Civil Procedure; Schkade v. Independent-Eastern Torpedo Co., Tex.Civ.App., 168 S. W.2d 281; State v. Rydel, Tex.Civ.App., 336 S.W.2d 631.

Appeal dismissed.